**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Amanda Rose Honeycutt

     Plaintiff,

        v.                              Case No.   1:18cv762

Commissioner of Social Security,           Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 7, 2020 (Doc. 17).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 17) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 17) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the decision by the Commissioner is **AFFIRMED** and this matter is **CLOSED**.

**IT IS SO ORDERED.**

                             *s/Michael R. Barrett*
                             Michael R. Barrett, Judge
                             United States District Court